✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  WASHINGTON

UNITED STATES OF AMERICA

V.

HARRY JAMES SMISKIN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-09-2038-FVS-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Fred Van Sickle
_____
Name of Judge                    Title of Judge

_____
Date